THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 State, Respondent,
 v.
 Kenneth Tyrone
 Williams, Appellant.
 
 
 

Appeal From Richland County
James W. Johnson, Jr., Circuit Court Judge
Unpublished Opinion No. 2008-UP-356
Submitted July 1, 2008  Filed July 10,
 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Deputy Director for Legal Services Teresa A. Knox, Legal Counsel
 Tommy Evans, Jr., and Legal Counsel J. Benjamin Aplin, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Kenneth Tyrone Williams pled guilty to resisting
 arrest, which violated his probation.  He received consecutive sentences of one
 year for resisting arrest and his probation was revoked for ten years.  Williams
 argues no evidentiary basis existed for the trial court to revoke his probation.
  Williams filed a pro se brief maintaining evidence the trial
 court considered was unreliable and unverified.  After a thorough review of the record and both briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Williams appeal
 and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
HEARN,
 C.J., CURETON and GOOLSBY, A.J.J., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.